*Motion GRANTED.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DISTRICT

| | |
|---|---|
| VFS LEASING CO., <br><br>　　Plaintiff, <br><br>v. <br><br>K&K TRUCKING, INC.; DONNY W. KEMP aka DONNY WAYNE KEMP; J.E.A. LEASING, LLC, <br><br>　　Defendants. | No.: 2:10-CV-00055 <br> Magistrate Judge Trauger |

### MOTION TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE

Plaintiff, VFS Leasing Company (hereinafter "Plaintiff"), by and through counsel, hereby moves this Court to allow attorney Benjamin T. Morton to participate by telephone at the Initial Case Management Conference set for October 20, 2010, at 2:15 p.m. Mr. Morton was admitted to participate in this case, *pro hac vice*, on June 16, 2010. He practices in the state of California. Local counsel for Plaintiff will appear in person at the Initial Case Management Conference.

WHEREFORE, Plaintiff respectfully moves this Court to allow attorney Benjamin T. Morton to participate in the Initial Case Management Conference by telephone.