# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) Case No. 2:10-cv-0055 |
| Plaintiff, | ) |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| K&K TRUCKING, INC.; DONNY W. KEMP | ) |
| aka DONNY WAYNE KEMP; J.E.A. | ) |
| LEASING, LLC, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Supplement and Renewal of Request for Entry of Default against Defendant Donny W. Kemp (Docket Entry No. 29). The Clerk previously denied entry of default against this Defendant as Plaintiff did not provide an adequate Affidavit of Military Service. The Plaintiff has now filed an affidavit (Docket Entry No. 29-1) providing facts indicating Defendant Kemp is not in military service. Given that Defendant Kemp was served with process and has not responded to the Complaint against him within the time period required by law, the entry of default is now appropriate.

Accordingly, the Clerk hereby enters default against Defendant Donny W. Kemp pursuant to Federal Rule of Civil Procedure 55(a). This is an entry of default only. Default judgment must be sought pursuant to Federal Rule of Civil Procedure 55(b).

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court

1