UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DISTRICT

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No.: 2:10-CV-00055 |
| K&K TRUCKING, INC.; DONNY W. | ) Judge Trauger |
| KEMP aka DONNY WAYNE KEMP; | ) |
| J.E.A. LEASING, LLC, | ) |
| | ) |
| Defendants. | ) |

Default Judgment

Pending is Plaintiff's Motion for Default Judgment (Docket Entry No. 39) pursuant to Federal Rule of Civil Procedure 55(b)(1). The Court has entered an Order (Docket Entry No. 43) finding that there is no just reason for delay in accordance with Federal Rule of Civil Procedure 54(b). Accordingly, the Clerk will proceed with consideration of the default judgment motion. Default previously was entered pursuant to Federal Rule of Civil Procedure 55(a) (Docket Entry No. 18) as to the Defendants against whom the judgment is sought. As of this date, Defendants have not filed an answer or other response to the complaint against them.

Accordingly, Plaintiff's Motion is granted. JUDGMENT IS HEREBY ENTERED in favor of Plaintiff VFS LEASING CO. and against Defendants K&K TRUCKING, INC. and J.E.A. LEASING, LLC, jointly and severally, in the principal amount of $1,150,652.21, plus prejudgment interest in the amount of $337,033.64, through December 10, 2010, as stated in Plaintiff's motion and accompanying affidavits. In addition, prejudgment interest is awarded at the rate of $567.44 per day for the 90 days between December 10, 2010 and the date of this judgment.

That additional interest totals $51,069.60, for a total judgment of $1,538,755.45. Post judgment interest is granted at the statutory rate provided in 28 USC §1961.

DATED: March 10, 2011

S/ Keith Throckmorton
Keith Throckmorton
Clerk of Court
U.S. District Court
Middle District of Tennessee