UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| K&K TRUCKING, INC.; DONNY W. KEMP aka DONNY WAYNE KEMP; J.E.A. LEASING, LLC, | ) CIVIL ACTION NO. 2-10 0055 ) Judge Trauger ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION TO DISMISS

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss is GRANTED.

SIGNED THIS THE __28th__ DAY OF June 2011.

_____
JUDGE TRAUGER

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By:/s/ Mary Beth Haltom_____
    John R. Tarpley, BPR # 9661
    E-mail: jtarpley@lewisking.com
    Mary Beth Haltom, BPR # 024462
    E-mail: mhaltom@lewisking.com
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

*Of Counsel:*